## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| KELLY ANJEL SALAT ) | Case No. 20-31633-KRH |
| ) | Chapter 13 |
| Debtor ) | |

## MOTION TO EXCEPT MOTION TO IMPOSE STAY FROM STANDING ORDER 20-12

COMES NOW the Debtor, by counsel, and moves this Court to Except the Motion to Impose Stay from Standing Order 20-12, and in support thereof states as follows:

1.     On March 20, 2020 (hereinafter the "Petition Date"), the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code (the "instant case").

2.     Within the year prior to filing the instant case, Debtor has been a debtor in two (2) pending Chapter 13 bankruptcy case which were filed on March 22, 2019 and dismissed on or about March 22, 2020 (Case No. 19-31518) and on May 8, 2014 and dismissed on or about February 28, 2019 (Case No. 14-32538) (the "previous cases").    In addition, the Debtor was a debtor in a Chapter 13 case filed on March 26, 2013 and dismissed on or about November 15, 2013 (Case No. 13-31666) and a Chapter 13 case filed on November 28, 2000 wherein the Debtor received a discharge on July 15, 2004 (Case No. 00-14756).

3.     The most recent case was dismissed on the Chapter 13 Trustee's Motion due to delinquent payments.   In the previous case the Debtor had unforeseen expenses arise from her

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA    23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
jkane@kaneandpapa.com
*Counsel for Debtor*

son's college and her daughter's wedding, which caused her to be unable to afford her Plan payments.   In addition, the Debtor was separated from her spouse during the previous case.   The Debtor is currently back together with her spouse, she currently has less expenses and doesn't expect any large expenses, and she will be putting in a wage directive in this case.

4.     On March 31, 2020 the Court entered Standing Order 20-12 which temporarily extended deadlines in bankruptcy cases for any deadline set to fall between April 1 and April 10, 2020, which would include the deadline to respond to the Motion to Impose Stay previously filed herein.

5.     To date there have been no responses filed to said Motion.

WHEREFORE, the Debtor respectfully requests that the Court Except the Motion to Impose Stay from Standing Order 20-12 so that the Motion may be granted at the originally scheduled hearing, and grant such other relief as may be deemed appropriate.

KELLY ANJEL SALAT


By: /s/ James E. Kane_____
                Counsel



James E. Kane (VSB #30081)
KANE & PAPA, P.C.
1313 East Cary Street
Richmond, VA    23219
(804) 225-9500 (phone)
(804) 225-9598 (fax)
jkane@kaneandpapa.com
*Counsel for Debtor*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2020, I will electronically file the foregoing with the Clerk

of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all

parties registered to receive notice thereof and to all creditors and parties in interest on the attached

mailing matrix.

/s/ James E. Kane
Counsel for Debtor

3

Club Land'or Limited
2120 Staples Mill Road
Richmond, VA 23230


ECMC
P O Box 16478
Lock Box 8682
Saint Paul, MN 55116


FedLoan Servicing
Attn: Bankruptcy
Po Box 69184
Harrisburg, PA 17106


Global Payments
Po Box 66118
Chicago, IL 60666


I C System Inc
Attn: Bankruptcy
Po Box 64378
St Paul, MN 55164


Land'or International, Inc.
2120 Staples Mill Road
Suite 300
Richmond, VA 23230


Midland Funding
2365 Northside Dr Ste 300
San Diego, CA 92108


National Credit Adjusters LLC
Attn: Chassity Lindeman
PO Box 3023
Hutchinson, KS 67504


Select Portfolio Servicing
P.O. Box 65450
Salt Lake City, UT 84165


Virginia Department of Taxatio
PO Box 2369
Richmond, VA 23218

Wells Fargo Dealer
PO Box 25341
Santa Ana, CA 92799