IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| KELLY ANJEL SALAT ) | Case No. 20−31633−KRH |
| ) | Chapter 13 |
| Debtor ) | |

### ORDER CONDITIONALLY IMPOSING AUTOMATIC STAY

THIS MATTER came upon the Motion to Impose the Automatic Stay (the "Motion") and the Memorandum in Support filed herein by the Debtor; and

UPON CONSIDERATION WHEREOF, it appearing to the Court that the Debtor filed this bankruptcy case on March 20, 2020 (the "instant case"), and an Order for Relief was entered; and it

FURTHER APPEARING that the Debtor had two (2) prior Chapter 13 Bankruptcy cases pending within one (1) year prior to the filing of this case, which prior cases were dismissed; and it

FURTHER APPEARING that the Motion and a Notice of Hearing has been properly served upon all creditors and parties in interest; and it

FURTHER APPEARING that the Debtor was unable to appear at the hearing on the Motion and the Court requires her presence; it is, accordingly,

**ADJUDGED, ORDERED and DECREED** that the automatic stay of 11 U.S.C. § 362(a) is hereby imposed as to Debtor, the Debtor's property, all creditors, and property of the bankruptcy estate through and including June 17, 2020; and it is

James E. Kane (VSB# 30081)
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*

FURTHER ORDERED that the hearing on the Motion is hereby continued to June 17, 2020 at 12:00 p.m.

Date: Apr 16 2020

/s/ Kevin R Huennekens
U.S. Bankruptcy Judge

Entered on Docket: Apr 17 2020

I ask for this:

/s/ James E. Kane
James E. Kane (VSB# 30081)
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508
Telephone (804) 225-9500
*Counsel for Debtor*

## CERTIFICATION

Pursuant to Local Rule 9022-1(C), I hereby certify that all necessary parties have endorsed the above order.

/s/ James E. Kane
Counsel for Debtor

**Parties to Receive Copies**

James E. Kane, Esquire
Kane & Papa, P.C.
P. O. Box 508
Richmond, Virginia 23218-0508

Kelly Anjel Salat
5220 Windbreak Drive
Fredericksburg, VA 22407

Carl M. Bates, Esquire
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA 23218

Office of the U.S. Trustee
701 E. Broad Street
Room 4304
Richmond, Virginia 23219